IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IZZY WHITEHURST, | § | |
| | § | Nos. 202, 2016 |
| Defendant Below-Appellant, | § | |
| | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1110014096 |
| Plaintiff Below-Appellee. | § | |
| | § | |

Submitted:  September 9, 2016
Decided:  November 16, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

This 16th day of November 2016, the Court has considered this matter on the briefs filed by the parties and has determined that the Superior Court's order denying the appellant's motion for postconviction relief should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned Opinion and Order dated March 31, 2016.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice